**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **JOSEPH JONES, III.,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 1:26-CV-00017-LAG-CHW** |
| **VERONICA STEWART,** | : | |
| | : | **HABEAS PROCEEDINGS BEFORE** |
| **Respondent.** | : | **THE U.S. MAGISTRATE JUDGE** |

## <u>ORDER</u>

*Pro se* Petitioner Joseph Jones, III., a prisoner at Washington State Prison in Davisboro, Georgia, filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   ECF No. 1.   Petitioner requests leave to proceed *in forma pauperis*.   ECF No. 2. Petitioner has not, however, provided the Court with "a certificate from the warden or other appropriate officers of the place of petitioner's confinement showing the amount of money or securities that the petitioner has in any account in the institution."   Habeas Corpus R. 3(a)(2).   Without this, the Court cannot determine if Petitioner qualifies to proceed without payment of filing fee.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to either submit the required $5.00 filing fee or submit the required certified account statement.   Failure to comply with this Order may result in the dismissal of Petitioner's application.   Additionally, failure to keep the Court informed of any address change, may result in dismissal.

The Clerk of Court is **DIRECTED** to forward a copy of this Order and the account certification forms to Plaintiff (with the civil action number on both).

**SO ORDERED and DIRECTED**, this 18th day of February, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2